

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/8/2018

May 8, 2018

**BY ELECTRONIC MAIL**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 443
New York, New York 10007
Email: CaproniNYSDChambers@nysd.uscourts.gov

Re:   *United States v. Hernandez-Solarte, et al.*, 18 Cr. 262

Dear Judge Caproni:

On or about April 10, 2018, the above-referenced Indictment was unsealed. We are hereby writing to respectfully request that Your Honor enter a limited unsealing order that would permit the Government to obtain certified copies of the arrest warrants issued in connection with the above-referenced Indictment for disclosure to others within the United States government as well as foreign officials for the limited purposes of enabling us to bring the defendants to the United States and to further the existing prosecution and investigation.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Matthew Laroche / Jason A. Richman
Assistant United States Attorneys
(212) 637-2420 / 2589

SO ORDERED:

_____
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York

5/8/2018