

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 27, 2020

<u>Via ECF</u>
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 443
New York, New York 10007

          Re:     <u>**United States** v. **Armando Gomez**</u>, 18 Cr. 262 (VEC)

Dear Judge Caproni:

      The Government writes, with the consent of defense counsel, to respectfully request that the Court schedule an initial conference in the above-referenced matter. The defendant arrived in the Southern District of New York at approximately 5 p.m. on February 26, 2020. He was appointed counsel, Margaret M. Shalley, Esq., and had his initial appearance before Magistrate Judge Cave on February 27, 2020, after which he was detained on consent. The parties now write to respectfully request that a conference be scheduled for March 5, 2020, at 2 p.m., a date and time we understand to be convenient for the Court.

      In addition, the Government respectfully requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), until the date of the next status conference, as the defendant's co-defendants remain in Colombia pending extradition, and the Speedy Trial clock has not yet run as to these co-defendants.

                                Respectfully submitted,

                                GEOFFREY S. BERMAN
                                United States Attorney

          By:    <u>/s/ Jason A. Richman</u>
                  Matthew Laroche
                  Jason A. Richman
                  Kyle A. Wirshba
                  Assistant United States Attorneys
                  (212) 637-2420 / 2589 / 2493

cc:     Margaret M. Shalley, Esq. (by electronic mail and ECF)