UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

              -against-

MARLON MARIN,

                             Defendant.

Case No. 18 Cr. 262 (VEC)

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Kindly enter the appearance of Ilana R. Roberts as counsel of record on behalf of Defendant Marlon Marin in the above-captioned action. I am admitted to practice in this Court.

Dated: May 28, 2024

Respectfully submitted,

 /s/ *Ilana R. Roberts*
Ilana R. Roberts
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000
(212) 872-1002 (fax)
iroberts@akingump.com